IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

IN RE: VICKI E. MIRACLE                    CHAPTER 7

DEBTOR                                      CASE NO: _____

*EASTERN DISTRICT OF KENTUCKY FILED ___ O'CLOCK & ___ MIN ___ M MAY 24 2010 AT LEXINGTON U.S. BANKRUPTCY COURT*

## MOTION TO ACCEPT PAPER FILING

COMES NOW, the Debtor, by and through her attorney, and moves this Court for an Order to Accept Paper Filing of Bankruptcy. The Debtor supports her Motion with the following facts:

1. Debtor's counsel was admitted to practice before the Federal Courts of Eastern Kentucky January 13, 2010.

2. Following Counsel's admission, he received an CM/ECF number and password from the District Court. He was not aware that a separate account was required for the Eastern District Bankruptcy Court.

3. Debtor's Counsel has completed training in the CM/ECF system and has applied for an CM/ECF account with the Eastern District Bankruptcy Court.

4. Debtor seeks immediate protection of the automatic stay.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that this Court will issue an Order Granting Debtor's Motion to Accept Paper Filing in this case until such time as a CM/ECF account is issued to Debtor's counsel.

Respectfully submitted, this the 20TH day of May, 2010.

_____
Frank M. Hurdle, attorney for Debtor
P.O. Box 535
Maysville, KY 41056
606-564-6200