# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

In Re: Vicki E. Miracle

Case Number: 10–21441–tnw

aka/dba:

Chapter: 7

Debtor(s)

## ORDER TO FILE/AMEND

A petition was filed in the above−referenced case on 5/24/10. Pursuant to United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local Bankruptcy Rules for the Eastern District of Kentucky, please be advised that the following identified documents must be filed with the court within 14 days of the petition date.

Failure to comply with this order may result in the dismissal of this case, or the withholding of the discharge of the debtor(s) without further notice or hearing. This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this order.

Missing document(s) or a portion thereof:

Notice to Individual Consumer Debtors

ALL STATEMENTS AND SCHEDULES NOT FILED WITH THE PETITION ARE REQUIRED TO BE SERVED ON THE U.S. TRUSTEE AND THE CHAPTER TRUSTEE BY THE DEBTOR AND A CERTIFICATE OF SERVICE FILED WITH THE CLERK.

A CHAPTER 13 PLAN IS REQUIRED TO BE SERVED BY THE DEBTOR ON ALL CREDITORS OF THE DEBTOR, THE U.S. TRUSTEE, AND THE CHAPTER TRUSTEE AND A CERTIFICATE OF SERVICE FILED WITH THE CLERK.

DATED: 5/25/10

By the court −

/s/ Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge